Alan Stuart Graf, OSB # 92317
alan@graf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NANCY DUMOND, | CV 06-6133-ST |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| JO ANNE B. BARNHART Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of

Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney

fees in the amount of $3,867.25 for attorney fees to Plaintiff in care of Plaintiff's attorney

and mailed to Plaintiff's attorney.

It is so ORDERED

Dated this _31st_ day of 2007

_____
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES